```
                                                USDC SDNY
                                                DOCUMENT ELECTRONICALLY
                                                FILED
UNITED STATES DISTRICT COURT                    DOC#: _____
SOUTHERN DISTRICT OF NEW YORK                   DATE FILED: 10-7-20
------------------------------------------------------X
United States of America,

                                                ORDER
                                                15-CR-306 (ALC)

            -v-

Wesley Valtrin,
                    Defendant(s)
------------------------------------------------------X
```

**ANDREW L. CARTER, JR., United States District Judge:**

The Violation of Supervised Release Hearing set for October 2, 2020 is adjourned to **January 7, 2021** at **11:00 a.m.**

**SO ORDERED.**

Dated: New York, New York
       October 1, 2020

*/s/ Andrew L. Carter, Jr.*
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE