```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,                          :
                                                   :
                      Plaintiff,                 :
                                                   :     15-CR-306 (ALC)
    -against-                                    :
                                                   :     **ORDER**
WESLEY VALTRIN,                                    :
                                                   :
                      Defendant.                 :
                                                   :
------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Violation of Supervised Release Hearing is set for **January 7, 2021** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:       **New York, New York**
                **January 4, 2021**

_____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**