# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

MEMO ENDORSED

April 20, 2021

By ECF

USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-30-21

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York

**Re: United States v. Wesley Valtrin, 15 Cr. 306 (ALC)**

Dear Judge Carter:

I write to respectfully request that the Court permit Wesley Valtrin to travel to Fort Lauderdale, Florida, from May 14 to May 17, 2021. The trip is so that Mr. Valtrin can earn money working his side job as a stylist to a DJ, who will be performing at parties celebrating Haitian Flag Day. (Haitian Flag Day is a holiday commemorating Haitian independence from France. Mr. Valtrin is Haitian).

The Government takes no position on this request. The Probation Department opposes because Mr. Valtrin is not current on his restitution payments and because he has supervised-release violations pending. But Mr. Valtrin's pending violations are all non-violent Grade C violations, and he is doing well lately—he works 40 hours a week at a piano company, and is not using controlled substances. Moreover, as noted, this trip would be for Mr. Valtrin to earn additional income, which would help him be able to make his restitution payments.

If the Court grants permission for travel, Mr. Valtrin will provide his itinerary to Probation. Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The application is ✓ granted.
☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: April 30, 2021
NY, New York

cc: Matthew Podolsky, Esq. (by ECF)
Joshua Mack, U.S. Probation (by email)