**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 4, 2021

By ECF

Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/18/21__

**Re: United States v. Wesley Valtrin, 15 Cr. 306 (ALC)**

Dear Judge Carter:

I write on behalf of all parties to respectfully request that the Court dismiss all pending violations of probation against Wesley Valtrin. Mr. Valtrin's probation expired on July 25, 2021, and, given his recent compliance with his supervision conditions, the parties agree that dismissal of the violations is appropriate.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: AUSA Matthew Podolsky, Esq.
Joshua Mack, U.S. Probation

The application is **GRANTED.**
So Ordered.

*[signed]* Andrew L. Carter
8/18/21